CLIFFORD J. SHANNON, Respondent, *v.* BROADWAY & 41ST STREET CORPORATION, Appellant.

Argued June 7, 1948; decided July 16, 1948.

*Julius S. Christensen* for appellant.

*Edward J. Pacelli* and *Alexander Orr, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER and DYE, JJ. FULD, J., dissents on the ground there is no evidence of negligence. Taking no part: CONWAY, J.